UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>DONNA SHALALA., *et al.*,<br><br>Defendants.<br><br>and<br><br>SANGSTAT MEDICAL CORPORATION,<br><br>Intervenor-Defendant. | Civil Action No. 99-323<br>(TFH)(AK) |

**FILED**

NOV 27 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of Plaintiff Novartis Pharmaceuticals Corporation's Motion for Reconsideration of the Trial Court's May 4, 2000 Order [85] and all of the Oppositions, Responses and Replies thereto, it is by this Court this 27 day of November, 2000, hereby

**ORDERED**, that the motion be, and the same hereby is, **GRANTED** in part and **DENIED** in part. The motion is **GRANTED** in that the administrative record shall be supplemented to include (1) the recently disclosed evidence showing that SangCya is not bioequivalent to Neoral and SangStat's and the FDA's response thereto, and (2) any undisclosed portions of SangCya's original ANDA directly concerning the determination that SangCya was bioequivalent to Neoral. In all other respects the motion is **DENIED**.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE